UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>**William Jackson Cochran**<br>514 General Courtney Hodges Blvd<br>Perry, GA  31069 | CHAPTER 13<br><br>CASE NUMBER:  15-52314-AEC<br><br>ATTORNEY:  CALVIN L. JACKSON, P.C. |

NOTICE OF OBJECTION TO CONFIRMATION

NOTICE IS HEREBY GIVEN PURSUANT TO M.D. Ga. LBR 9004-1(b) THAT **CAMILLE HOPE, CHAPTER 13 TRUSTEE**, HAS FILED PAPERS WITH THE UNITED STATES BANKRUPTCY COURT TO DENY CONFIRMATION OF YOUR CHAPTER 13 PLAN.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS  THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

IF YOU DO NOT WANT THE COURT TO DENY CONFIRMATION OF YOUR PLAN, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE OBJECTION, THEN YOU OR YOUR ATTORNEY MUST APPEAR AT THE HEARING ON CONFIRMATION  SCHEDULED FOR **DECEMBER 14, 2015 AT 01:30 PM IN THE UNITED STATES BANKRUPTCY COURT, LOCATED IN COURTROOM B, U.S. BANKRUPTCY COURT, 433 CHERRY STREET, MACON, GEORGIA.**

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

**DATED:** November 18, 2015

| | |
|---|---|
| **CAMILLE HOPE**<br>**CHAPTER 13 TRUSTEE**<br>**P.O. BOX 954**<br>**MACON, GA 31202**<br>**TELEPHONE (478) 742-8706** | **KYLE GEORGE, CLERK**<br>**UNITED STATES BANKRUPTCY COURT**<br>**P.O. BOX 1957**<br>**MACON, GA 31202**<br>**TELEPHONE (478) 752-3506** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>**William Jackson Cochran**<br>514 General Courtney Hodges Blvd<br>Perry, GA  31069 | CHAPTER 13<br><br>CASE NUMBER:  15-52314-AEC<br><br>ATTORNEY:  CALVIN L. JACKSON, P.C. |

## OBJECTION TO CONFIRMATION

Now comes the Chapter 13 trustee and files this her objection to confirmation of the plan proposed by the debtor in the above-referenced case pursuant to 11 U.S.C. Section 1325.

1

The plan proposed by the debtor does not meet the best interests of creditors test as required under 11 U.S.C. Section 1325.  The unsecured creditors would receive more money under a Chapter 7 liquidation than they will receive under the proposed plan.

**WHEREFORE**, the trustee prays that the Court deny confirmation of the plan proposed by the debtor in the above-referenced case.

Date:  November 18, 2015            **/s/ Camille Hope, Trustee**
                                    Camille Hope, Trustee
                                    Office of the Chapter 13 Trustee
                                    P.O. Box 954
                                    Macon, GA 31202
                                    (478) 742-8706

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the attached document was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) mailed postage prepaid to all other interested parties at their addresses

| | |
|---|---|
| William Jackson Cochran<br>514 General Courtney Hodges Blvd<br>Perry, GA  31069 | CALVIN L. JACKSON, P.C. |
| (Debtor) | (Counsel for Debtor) |
| **DATED:** November 18, 2015 | **/s/ Camille Hope, Trustee**<br>Camille Hope, Trustee |