**SO ORDERED.**

**SIGNED this 9 day of March, 2016.**



*Austin E Carter*

**Austin E. Carter
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: | BANKRUPTCY |
| WILLIAM JACKSON COCHRAN, | CASE NO. 15-52314 |
| DEBTOR. | CHAPTER 13 |
| _____/ | |

**AGREED CONSENT ORDER CONTINUING CONFIRMATION HEARING
AND SETTING FINAL CONFIRMATION HEARING**

This matter came before the Court on February 22, 2016 pursuant to the Debtor's Chapter 13 Plan (ECF#24), Motion to Modify Plan Prior to Confirmation (ECF#39), Amendment to Motion to Modify Plan Prior to Confirmation (ECF#40), Second Amendment to Motion to Modify Plan Prior to Confirmation (ECF#41) and RREF II PB-GA, LLC's Objection to Confirmation and Amendments Thereto (ECF#44). The Court, noting the agreement of the parties and being otherwise fully advised on the premises:

**ORDERED** and **ADJUDGED** as follows:

1.	The Court shall hold a specially set final confirmation hearing on April 26, 2016 at 10:00 a.m. at Courtroom B, United States Bankruptcy Court, 433 Cherry Street, Macon, GA 31201 (hereinafter "Hearing").

2.	If the Court denies confirmation of the debtor's chapter 13 plan then the debtor's case shall be dismissed.

Agreed to by:

__/s/Calvin L. Jackson_____  
Calvin L. Jackson, Esq.  
GA. State Bar Number 386072  
*Attorney for Debtor*

__/s/ Barry S. Turner_____  
Barry S. Turner, Esq.  
Florida Bar No.: 085535 (Admitted *Pro Hac Vice*)  
*Attorney for RREF II PB-GA, LLC*

___/s/_ Laura D. Wilson_____  
Laura D. Wilson, Esq.  
GA. State Bar Number: 231681  
Attorney for Ch. 13 Trustee


Order Prepared By:

Barry S. Turner, Esq.  
Jones Walker LLP  
201 S. Biscayne Blvd.  
Suite 2600  
Miami, FL 33131  
(305) 679-5700  
(305) 679-5710 (fax)  
bturner@joneswalker.com